**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COMMUNICATIONS UNLIMITED, | ) | |
| CONTRACTING SERVICES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-00516-AGF |
| | ) | |
| BROADBAND INFRASTRUCTURE | ) | |
| CONNECTION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

As discussed during a telephone conference with counsel for the parties on September 11, 2019,

**IT IS HEREBY ORDERED** that the parties shall have until **September 20, 2019**, to show cause why their post-trial briefs and other filings in this matter should remain under seal, except with respect to the identity of Jane Doe, which shall remain sealed.

**IT IS FURTHER ORDERED** that, by **September 27, 2019**, the parties shall confer and shall file with the Court a joint notice advising the Court:

1. What further evidence and/or resolution of issues of fact shall be entered into the record by stipulation of the parties;

2. What, if any, additional evidence the parties wish to adduce by evidentiary hearing, on what issues, and how long the parties need do so; and

3.  How much time the parties request for oral argument or a hearing in submission of the case to the Court.

**IT IS FURTHER ORDERED** that Mid-Continent's supplemental motion for summary judgment (ECF No. 229) shall be construed as a post-trial brief on the remaining issues before the Court, and Plaintiffs' corresponding motion to strike (ECF No. 232) shall be denied as moot.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2019.